IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-10225
Conference Calendar
_____

JOHN HENRY JOHNSON,

                                    Plaintiff-Appellant,

versus

LISA G. GARZA; E.X. MARTIN, III;
BILL VANSUCKLE

                                    Defendant-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:95-CV-3134-P
- - - - - - - - - -
August 22, 1996
Before KING, DUHÉ, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

    John Henry Johnson, # 629320, appeals the dismissal of his
suit pursuant to 28 U.S.C. § 1915(d), now § 1915(e)(2)(B)(i).
Johnson contends that the defendants, two lawyers who represented
him in a criminal trial and a private investigator, conspired to
imprison him.  He argues that they provided him with false
information, withheld information and failed to prepare an
adequate defense.  We have reviewed the record and Johnson's

_____

    [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

brief and AFFIRM the district court's dismissal for essentially the same reasons adopted by the district court.  <u>Johnson v. Garza</u>, No. 3:95-CV-3134-P (N.D. Tex. Feb. 6, 1996).  Johnson's motions are DENIED.